# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAVERLY BRIDGES** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 22-4085 |
| | : | |
| **ROBERT ZAKEN, et al.** | : | |
| | : | |

## ORDER

This 12th day of September, 2023, following careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, and Petitioner's objections, it hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED** in part and **DISMISSED** in part. There is no basis for the issuance of a certificate of appealability.

                                               /s/ Gerald Austin McHugh
                                               United States District Judge